## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMES WELDON KING**                                                                          **PLAINTIFF**

**VS.**                                         **4:15CV00631-BRW**

**USA**                                                                                         **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED.

IT IS SO ORDERED this 19th day of February, 2016.

                                                      /s/ Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE